UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>I.S.U., et al.,<br><br>        Defendants. | Case No. 21-cv-04368-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

On or about June 8, 2021, Plaintiff, an inmate incarcerated at High Desert State Prison, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. Nos. 1, 2, 3. That same day, the Clerk of the Court sent Plaintiff a notice, stating this action was deficient because Plaintiff had not paid the filing fee or filed an application to proceed *in forma pauperis*. Dkt. No. 4. Plaintiff was instructed to respond within twenty-eight days of the date of the order, and informed that that failure to do so would result in dismissal of this action. Dkt. No. 4. On June 28, 2021, Plaintiff informed the Court that he had not received any correspondence from the Court, including the Clerk's June 8, 2021 notice of *in forma pauperis* deficiency. Dkt. No. 5. Accordingly, the Court GRANTS Plaintiff an extension of time to August 31, 2021, to file his application to proceed *in forma pauperis*. The Court requests that prison authorities assist Plaintiff in submitting a complete *in forma pauperis* application. The Clerk shall send a copy of this order to the litigation coordinator at High Desert State Prison.

    **IT IS SO ORDERED.**

Dated: 7/21/2021

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge