United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HERNANDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>I.S.U., et al.,<br><br>        Defendants. | Case No. 21-cv-04368-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE WAIVER OF SERVICE ON BEHALF OF DEFENDANT MCBRIDE**<br><br>Re: Dkt. No. 14 |

Good cause being shown, the Court GRANTS the request made by counsel for defendants Lacy, Bradbury, Townsend and Kaufman for an extension of time to file a waiver of service on behalf of defendant McBride. Counsel shall file a waiver of service on behalf of defendant McBride by September 30, 2022.

This order terminates Dkt. No. 14.

**IT IS SO ORDERED.**

Dated: 9/14/2022

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge