UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>I.S.U., et al.,<br><br>        Defendants. | Case No. 21-cv-04368-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL; GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. Nos. 30, 32 |

Good cause being shown, the Court GRANTS Defendants' request for an extension of time to May 17, 2023 to respond to Plaintiff's motion to compel, Dkt. No. 32; and GRANTS Plaintiff's request for an extension of time to file his opposition to the pending summary judgment motion, Dkt. No. 30. Plaintiff shall file his opposition to the summary judgment motion forty-two (42) days after the Court issues its order regarding Plaintiff's pending motion to compel.

This order terminates Dkt. Nos. 30, 32.

**IT IS SO ORDERED.**

Dated: 5/8/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge