UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>I.S.U., et al.,<br><br>        Defendants. | Case No. 21-cv-04368-HSG<br><br>**ORDER REGARDING SUBMISSION OF DOCUMENTS FOR IN CAMERA REVIEW**<br><br>Re: Dkt. No. 41 |

On August 11, 2023, the Court deferred ruling on Plaintiff's motion to compel production of the confidential memorandum (Dkt. No. 29) and ordered Defendants to provide to chambers a copy of the confidential memorandum by August 25, 2023, for *in camera* review. Dkt. No. 41. This order specifies how Defendants may provide chambers with the required document. If Defendants submit an electronic copy of the document, they may submit the document via e-mail to the Court's proposed order inbox (HSGpo@cand.uscourts.gov). If Defendants submit a physical copy of the document, they may deliver the document to the Clerk's Office with a cover sheet listing the case number and marked "Chambers Copy for In Camera Review -- Do Not File." On the date that the document is submitted to chambers, whether via e-mail or via delivery to the Clerk's Office, Defendants shall also file a notice in the docket, indicating that they have provided the requested document to Court for in camera review.

        **IT IS SO ORDERED.**

Dated: August 18, 2023

                                            HAYWOOD S. GILLIAM, JR.
                                            United States District Judge