UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HERNANDEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>I.S.U., et al.,<br><br>            Defendants. | Case No. 21-cv-04368-HSG<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME OF PENDING DEADLINES; RESETTING DEADLINES**<br><br>Re: Dkt. No. 46 |

Good cause being shown, the Court GRANTS Defendants' request to extend the pending deadlines. Dkt. No. 46. The Court resets the pending deadlines as follows. By November 25, 2024, Defendants shall file any objections they have to the form or content of the Stipulated Protective Order for Standard Litigation and shall inform the Court if they consent to the Court's redactions in the confidential memorandum. By December 2, 2024, Defendants shall file the Stipulated Protective Order for Standard Litigation, executed by both parties.

This order terminates Dkt. No. 46.

**IT IS SO ORDERED.**

Dated:    11/7/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge