UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HERNANDEZ,<br>    Plaintiff,<br>    v.<br>I.S.U., et al.,<br>    Defendants. | Case No. 21-cv-04368-HSG<br><br>**ORDER DIRECTING DEFENDANTS TO PRODUCE CERTAIN DOCUMENTS; SETTING BRIEFING SCHEDULE** |

Plaintiff, an inmate at High Desert State Prison, has filed a *pro se* action pursuant to 42 U.S.C. § 1983 regarding events that happened at Pelican Bay State Prison ("PBSP"), where he was previously housed. This order addresses production of the August 3, 2017 memorandum and sets a briefing schedule.

## DISCUSSION

**I.    Production of August 3, 2017 Confidential Memorandum**

The Court has granted Plaintiff's motion to compel production of the August 3, 2017 confidential memorandum, subject to redactions. Dkt. No. 45. The Court has redacted the memorandum in a manner that balances Plaintiff's discovery needs and Defendants' security concerns, and incorporates Defendants' redactions proposed in Dkt. No. 48. The Court will send Defendants an electronic copy of the final version of the redacted confidential memorandum via electronic mail. Defendants shall arrange for a time for Plaintiff to electronically view the redacted confidential memorandum within the next twenty-eight (28) days. Plaintiff's viewing of the redacted confidential memorandum is subject to the following conditions. Plaintiff shall not be given a hard copy of the redacted confidential memorandum at any time to keep, maintain, or otherwise possess. Plaintiff may electronically view the redacted confidential memorandum in the

presence of a correctional officer for a period of two (2) hours.  Plaintiff may request a second viewing under the same circumstances for a period of one (1) hour.  Should the Plaintiff seek a third viewing, he must seek leave from the Court and show good cause for a third viewing.

The Court finds that a protective order is not necessary as Plaintiff will not have possession of the redacted confidential memorandum.

Given the confidential and sensitive nature of the confidential memorandum, the Court LIMITS Plaintiff's use of this redacted confidential memorandum.  Plaintiff may only use or reference this redacted confidential memorandum in prosecuting, defending, or attempting to settle this litigation.

## II.    Setting Briefing Schedule

The Court sets the following briefing schedule.  Within sixty-three (63) days of the date of this order, Defendants shall file their dispositive motion.  Defendants may re-notice the summary judgment motion filed at Dkt. No. 28, if they so choose.  Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed.  Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed.  The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion.

## CONCLUSION

For the reasons set forth above, the Court ORDERS as follows.

1.    Defendants shall arrange for a time for Plaintiff to electronically view the redacted confidential memorandum within the next twenty-eight (28) days, subject to the restrictions outlined above.

2.    Plaintiff shall not be given a hard copy of the redacted confidential memorandum at any time to keep, maintain, or otherwise possess.

3.    The parties need not enter a protective order as Plaintiff will not have possession of the redacted confidential memorandum.

4.    The Court LIMITS Plaintiff's use of this redacted confidential memorandum.  Plaintiff may only use or reference this redacted confidential memorandum in prosecuting,

defending, or attempting to settle this litigation.

5. Within sixty-three (63) days of the date of this order, Defendants shall file their dispositive motion.  Defendants may re-notice the summary judgment motion filed at Dkt. No. 28, if they so choose.  Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed.  Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed.  The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion.

**IT IS SO ORDERED.**

Dated:   11/27/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

3