United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>I.S.U., et al.,<br><br>    Defendants. | Case No. 21-cv-04368-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 52 |

Good cause being shown, the Court GRANTS Plaintiff's request for an extension of time to file his opposition to Defendants' summary judgment motion. Dkt. No. 52. Plaintiff shall file his opposition by March 3, 2025. Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 52.

**IT IS SO ORDERED.**

Dated: 2/21/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge