UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH HERNANDEZ,

               Plaintiff,

      v.

I.S.U., et al.,

               Defendants.

Case No. 21-cv-04368-HSG

**JUDGMENT**

     The Court has granted Defendants' motion for summary judgment.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the case

     **IT IS SO ORDERED AND ADJUDGED.**

Dated:    3/31/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California